**Order entered March 18, 2021**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

**No. 05-20-00607-CV**

**EX PARTE TIMOTHY PAUL REIFF**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. X20-285-U**

## ORDER

This appeal from an order of expunction was filed by the Texas Department of Public Safety. Before the Court is appellee's March 16, 2020 motion to re-caption case to remove his full name. Appellee asserts that having his full name in the style "confounds the purpose of the expunction."

We **GRANT** the motion. We **DIRECT** the Clerk of the Court to restyle this cause to "Ex parte T.P.R." All future filings in this cause shall bear this style.

/s/    KEN MOLBERG
        JUSTICE